

50 Jericho Quadrangle, Suite 117
Jericho, New York 11797

June 25, 2019

**Re: J.S. Held Management LLC Equity Incentive Plan**

Dear Equity Plan Participant,

As you may be aware, pursuant to that certain Securities Purchase Agreement and Plan of Merger by and between J.S. Held Holdings, LLC ("JSH Holdings") and the other parties thereto, dated as of May 16, 2019 (the "Merger Agreement"), JSH Holdings, a parent of the business, will be acquired by an investment fund (the "Buyer") affiliated with Kelso & Company (the "Transaction"). We are writing to you in connection with your holdings of unvested Class B and/or Class C Common Units ("Unvested Units") of J.S. Held Management, LLC ("JSH Management LLC"). In accordance with to the terms of the Merger Agreement and the J.S. Held Management LLC Equity Incentive Plan (the "Current Plan"), your Unvested Units will be replaced as of the closing date of the Transaction with "Restricted Common Units" to be issued by Watchtower Management Holdco, LLC ("Watchtower Management LLC"). Watchtower Management LLC is an entity established by the Buyer to facilitate employee investment in JSH Holdings after the Transaction.

The Restricted Common Units issued to you: (i) will have a value as of the closing of the Transaction equal to the value of your Unvested Units on the date on which the closing of the Transaction is consummated (determined based on the price paid by the Buyer to acquire JSH Holdings under the Merger Agreement) and (ii) will be subject to the same remaining vesting schedule applicable to the Unvested Units for which they were exchanged as of the closing of the Transaction. The attached Exhibit A shows the number, type and remaining vesting dates of the Unvested Units that you currently hold and whether (to our knowledge) you made an election under Section 83(b) of the Internal Revenue Code of 1986, as amended (the "Code"), with respect to such Unvested Units. Shortly after the closing of the Transaction, we will send you an updated Exhibit A that shows the number of Restricted Common Units issued to you and confirms the remaining vesting schedule applicable to those Restricted Common Units. The value set forth on Exhibit A is an estimate only and may change once certain adjustments to the price paid by the Buyer to acquire JSH Holdings under the Merger Agreement (e.g., in respect Company indebtedness, working capital etc.) are finalized.

The Restricted Common Units you acquire will be subject to the terms and conditions of the limited liability company agreement of Watchtower Management Holdco, LLC (the 'LLC Agreement'). Upon vesting of Restricted Common Units that you receive in exchange for unvested Class B Common Units, you will be required to pay applicable

**EXHIBIT #2**

withholding taxes related to such vesting and will be eligible to put vested Common Units you have held for at least six months back to Watchtower Management LLC in order to satisfy any tax liability you incur as a result of the vesting of such Restricted Common Units.

Pursuant to the terms of the Merger Agreement, in the event that holders of vested JSH Holdings equity receive payments from any escrow account provided thereunder, Watchtower Management LLC will make an upward adjustment to the number of Restricted Common Units you are issued hereunder to account for the resulting increase in actual equity value that results from such payments and shall notify you of such adjustment.

As a condition to accepting a substitute award of Restricted Common Units, you will be required to execute a joinder to the LLC Agreement, attached hereto as Exhibit B.  By signing the joinder, you will (i) become a member of Watchtower Management LLC in respect of your Restricted Common Units, effective upon the closing of the Transaction and (ii) consent to the assignment of the restrictive covenant agreement that you entered into in connection with the grant of your Unvested Units to J.S. Held LLC.  **You will not be required to enter into any new restrictive covenant agreement in respect of your Restricted Common Units issued in exchange for your Unvested Units, and will instead continue to be subject to your existing covenant agreement.**

If you previously made an election under Section 83(b) of the Code with respect to any of the Unvested Units that are being exchanged for Restricted Common Units, you will be required to file a new election with respect to the Restricted Common Units issued in exchange for such Unvested Units.  An election form will be provided to you.  **The consequences of making an 83(b) election are complex and depend on individual circumstances and expectations.  You should consult your tax advisor regarding your receipt of the Restricted Common Units and the tax treatment of the Restricted Common Units.**

We are excited about the future of J.S. Held and our upcoming partnership with Kelso & Company.  As a participant in the Current Plan, you are a key member of the team here and we look forward to our continued success together.

If you have any questions about the substitution of Restricted Common Units for your Unvested Units, please don't hesitate to contact David Held or Scott Katcher at J.S. Held or the Morgan Lewis team.

Sincerely,

Jon Held

# Exhibit A –

# Schedule of Unvested Units and Restricted Common Units

**Name: Tracey Dodd**

| Unvested Units | Grant Date | Number of Units | 83(b) Election (Y/N) |
|---|---|---|---|
| **Class B Units** | 09/29/2016 | 157,664 | Y |
| **Total Closing Date Value** | $1,361,249 | | |

Total # of Restricted Common Units Granted: 1,361,249

Vesting Schedule Applicable to Restricted Common Units:

| **Vesting Date** | 09/29/2019 | 09/29/2020 | 09/29/2021 |
|---|---|---|---|
| **Restricted Common Units that Vest** | 453,750 | 453,750 | 453,749 |

## Exhibit B – Joinder Agreement

[attached]

# Watchtower Management Holdco, LLC
## Joinder Agreement

July 1, 2019

Reference is made to that certain Amended and Restated Limited Liability Company Agreement of Watchtower Management Holdco, LLC ("Holdco"), as may be amended from time to time (the "LLC Agreement"). Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the LLC Agreement.

The undersigned individual, in order to become the holder of Holdco Units by virtue of the issuance by Holdco of Holdco Units to such signatory, hereby agrees that by the undersigned's execution hereof, the undersigned is a party to the LLC Agreement (a copy of which has been provided or made available to the undersigned) and shall be a Member, subject to all of the rights, restrictions, conditions, and obligations applicable to the Members set forth in the LLC Agreement. The undersigned further acknowledges that the covenants agreement that he or she entered into with J.S. Held Management, LLC in connection with the limited liability company interests exchanged for the undersigned's Holdco Units has been or will be assigned to J.S. Held LLC. The undersigned hereby expressly acknowledges and consents to such assignment and further (i) confirms that he or she has been given the opportunity to review such covenant agreement and (ii) acknowledges and agrees that the covenants contained therein are reasonable and necessary for the protection of Holdco, Topco, J.S. Held LLC and their respective affiliates.

This Joinder Agreement shall take effect and shall become a part of the LLC Agreement as of the effective date of the relevant issuance of the Units to the undersigned.

By: _____
Name (please print): Tracey Dodd


ACKNOWLEDGED AND ACCEPTED:

WATCHTOWER MANAGEMENT
HOLDCO, LLC

By: _____
Name:
Title:

# Watchtower Management Holdco, LLC
## Joinder Agreement

_____, 2019

Reference is made to that certain Amended and Restated Limited Liability Company Agreement of Watchtower Management Holdco, LLC ("Holdco"), as may be amended from time to time (the "LLC Agreement"). Capitalized terms used but not defined herein shall have the respective meanings ascribed to them in the LLC Agreement.

The undersigned individual, in order to become the holder of Holdco Units by virtue of the issuance by Holdco of Holdco Units to such signatory, hereby agrees that by the undersigned's execution hereof, the undersigned is a party to the LLC Agreement (a copy of which has been made available to the undersigned) and shall be a Member, subject to all of the rights, restrictions, conditions, and obligations applicable to the Members set forth in the LLC Agreement. The undersigned further acknowledges that the covenants agreement that he or she entered into with J.S. Held Management, LLC in connection with the limited liability company interests exchanged for the undersigned's Holdco Units has been or will be assigned to J.S. Held LLC. The undersigned hereby expressly acknowledges and consents to such assignment and further (i) confirms that he or she has been given the opportunity to review such covenant agreement and (ii) acknowledges and agrees that the covenants contained therein are reasonable and necessary for the protection of Holdco, Topco, J.S. Held LLC and their respective affiliates.

This Joinder Agreement shall take effect and shall become a part of the LLC Agreement as of the effective date of the relevant issuance of the Units to the undersigned.

By: _____

Name (please print):

ACKNOWLEDGED AND ACCEPTED:

WATCHTOWER MANAGEMENT HOLDCO, LLC

By: *[signature]*
Name:
Title:

1005374095v4